UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JESSICA RIVERA,

                Plaintiff,

-against-

MARC CLARK and MARC CLARK
PRODUCTIONS,

                Defendants.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2013 ★
BROOKLYN OFFICE

ORDER

12 CV 0446 (NG)(JO)

GERSHON, United States District Judge:

On May 10, 2013, Magistrate Judge Orenstein issued a Report and Recommendation ("R & R"), recommending *sua sponte* dismissal of this action for plaintiff's failure to prosecute. No objections having been filed, the court hereby adopts the R & R in its entirety. The Clerk of Court is directed to close this case.

                                              SO ORDERED.

                                              s/Nina Gershon

                                              NINA GERSHON
                                              **United States District Judge**

Dated: June 17, 2013
       Brooklyn, New York